UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK HALL, ET AL.**                                          **CIVIL ACTION**

**VERSUS**                                                          **NO. 10-4409**

**MAC PAPERS, INC., ET AL.**                                      **SECTION I**

### ORDER

Before the Court is a motion[1] *in limine* filed on behalf of plaintiffs, Derrick Hall and Candace Hall, to exclude the expert witness report and testimony of defendants' expert, Michael McNeil, P.T. ("McNeil"). Defendant, Mac Papers, Inc., has filed an opposition.[2]

The Court finds that plaintiffs' motion should be denied. The Supreme Court has expressed that "[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence." *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 596 (1993). Here, plaintiffs' arguments relate to the weight a jury should assign McNeil's report and testimony. Plaintiffs have not shown that unreliable data, principles, or techniques justify exclusion of the report from evidence. Nor have they demonstrated that the report's probative value is substantially outweighed by the danger of unfair prejudice. However, plaintiffs can certainly raise their concerns about the results of McNeil's report through cross examination and presentation of contrary evidence at trial.

Considering the foregoing, the Court need not address plaintiffs' failure to timely file this

---

[1] R. Doc. No. 57.

[2] R. Doc. No. 60.

motion.

Accordingly,

**IT IS ORDERED** that the motion *in limine* filed on behalf of plaintiffs, Derrick Hall and Candace Hall, to exclude the expert witness report and testimony of defendants' expert, Michael McNeil, P.T., is **DENIED**.

New Orleans, Louisiana, August 30, 2011.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**